**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 12-6067**

LARRY WILLIAMS,

Plaintiff - Appellant,

v.

OFFICER ROBERTSON; WARDEN MCCALL; MAJOR BUSH; CAROLINE
LINDSEY, Staff Attorney; LT. WILLIAMS; LT. EARL; CAPT.
ABSTEN; CAPT. TICH; DEBRA BARNWELL; MR. JON OZMINT,
Director; STEPHEN R. CLAYTON, Warden,

Defendants - Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Columbia.   Margaret B. Seymour, Chief
District Judge.  (3:08-cv-03867-MBS)

Submitted: April 26, 2012            Decided: May 1, 2012

Before GREGORY, AGEE, and WYNN, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Larry Williams, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Larry Williams seeks to appeal the district court's text order in his 42 U.S.C. § 1983 (2006) action, which denied Williams' motion for default judgment against Defendants. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2006), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2006); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541, 545-46 (1949). The order Williams seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2